UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE TAX )
INDEBTEDNESS OF )
 )
 )
 )
COMMONWEALTH CREMATION AND SHIPPING )    04 MBD 10056
SERVICE INC )

APPLICATION OF REVENUE OFFICER TO
ENTER PREMISES TO EFFECT LEVY

Leo Jordan, a Revenue Officer of the United States Internal Revenue Service, on the basis of the attached Affidavit, respectfully requests the issuance of an order authorizing him and/or such other revenue officers as may be designated by the Internal Revenue Service to enter the premises located at 1654 Washington Street, Boston, MA 02118 for the purpose of seizing the property of Commonwealth Cremation and Shipping Service Inc., as may be found therein which is subject to levy by the United States in satisfaction of the outstanding federal taxes now due and owing by said taxpayer, together with interest and cost as allowed by law.

Michael J. Sullivan
UNITED STATES ATTORNEY

By: /s/ Barbara Healy Smith
BARBARA HEALY SMITH
ASSISTANT UNITED STATES ATTORNEY
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282